IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILE EQUITY CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> WALMART INC., <br><br> *Defendant.* | § § § § § § § § § § § § <br><br> Civil Action No. 2:21-cv-126-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF MOBILE EQUITY CORP.'S
NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Pursuant to the Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiff Mobile Equity Corp., hereby notifies the Court that this case is ready for scheduling conference. Walmart Inc. filed its Answer on June 16, 2021 (Dkt. No. 13). There are no motions currently pending in this case.

1. Related cases previously filed in the Eastern District of Texas involving the same patent or patents: None.

2. Patent numbers for this case and any related case: The patent numbers for this case are US Patent No. 8,589,236 B2 and 10,535,058 B2. There are currently no related cases.

3. Dates for any future *Markman* hearing and/or Trial for related cases: N/A.

Dated: June 16, 2021

Respectfully submitted,

By: /s/William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

**DAVIS FIRM PC**  
213 N. Fredonia Street, Suite 230  
Longview, Texas 75601  
Telephone: (903) 230-9090  
Facsimile: (903) 230-9661  

*Counsel for Plaintiff Mobile Equity Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this June 16, 2021 on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

/s/William E. Davis, III  
William E. Davis, III