IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Mobile Equity Corp., <br><br> *Plaintiff*, <br><br> v. <br><br> Walmart Inc., <br><br> *Defendant*. | Civil Action No.: 2:21-CV-00126-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## **DECLARATION OF RUDOLPH FINK IV**

I, Rudolph Fink IV, state as follows in support of Plaintiff Mobile Equity Corp.'s First Motion to Compel:

1. I am a partner at the The Davis Firm PC and counsel of record for Mobile Equity Corp. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit 1 contains a true and correct representation of the first page of each of the 28 technical documents (WMT-MEC00126_000001-031) Plaintiff Walmart Inc. ("Walmart") produced under P.R. 3-4(a) on August 26, 2021.

3. Exhibit 2 is a true and correct copy of two images from Walmart's P.R. 3-4(a) production (WMT-MEC00126_000018, 026) and excerpts from two pages produced on September 21, 2021, by Walmart that contain those images: 313776516.html and 299342521.html.

4. Exhibit 3 is true and correct copy of WMT-MEC00126_0000008, which Walmart produced on August 26, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of September, 2021, in Dallas, Texas.

/s/ Rudolph Fink IV
Rudolph Fink IV
