IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE EQUITY CORP., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:21-cv-00126-JRG-RSP |
| WALMART INC., | § § § | |
| *Defendant.* | § § § | |

## ORDER

On November 12, 2021, Defendant Walmart Inc. communicated its concern that the Court's Order, Dkt. No. 55, contained confidential information, specifically the titles of various source code modules. In response, the Court directed the Order be sealed to allow the Court time to determine whether the Order should be permanently sealed.

After due consideration, the Court finds that using only the titles of source code modules is not a compelling reason that outweighs the public interest of understanding the judicial process. Therefore, the Court directs the Clerk of the Court to **UNSEAL** Dkt. No. 55.

**SIGNED this 15th day of November, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE