# APPENDIX A: JOINT CLAIM CONSTRUCTION CHART

Pursuant to P.R.4-5(d), Plaintiff Mobile Equity Corp. and Defendant Walmart Inc. hereby provide a Joint Claim Construction Chart containing the disputed claim terms and phrases for the disputed claims for U.S. Patent Nos. U.S. 8,589,236 ("the '236 Patent") and U.S. Patent No. 10,535,058 ("the '058 Patent"). The second column refers to the term numbers in the Joint Claim Construction Chart and Prehearing Statement (Dkt. 37, Exhibits A-C) and the term numbers that the parties used in their claim construction briefs. In addition, the parties hereby identify the claim number(s) where the disputed terms and phrases appear.

| Claim Term/Phrase | Term No. | Mobile Equity Corp.'s Proposed Construction | Walmart's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| "A method for conducting a transaction between a merchant and a customer, the customer using a mobile device, the method comprising:"<br><br>('236 Patent, claim 1) | 1 | Plain and ordinary meaning. No construction necessary. Not limiting. | Limiting. | |
| "merchant identifier"<br><br>('236 Patent, claim 1) | 2 | Plain and ordinary meaning. No construction necessary.<br><br>Alternatively, an identifier provided by a merchant that includes information sufficient to identify a terminal | "a unique identifier associated with a merchant" | |

1

| Claim Term/Phrase | Term No. | Mobile Equity Corp.'s Proposed Construction | Walmart's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| "an appropriate financial institutions associated with the purchase account and the deposit account" <br><br> ('236 Patent, claim 10) | 3 | Not indefinite. Plain and ordinary meaning. No construction necessary. | Indefinite. | |
| "mobile enablement center" <br><br> ('236 Patent, claim 11) | 4 | Not indefinite and not subject to § 112(6). <br><br> a platform to route outgoing messages from a mobile device to an appropriate payment processing server | Subject to § 112 paragraph 6, and indefinite. <br><br> Function: "route[] outgoing messages from the mobile devices to the appropriate payment processing server" <br><br> Structure: Indefinite for lack of corresponding structure. | |
| "appropriate payment processing server associated with a financial institution" <br><br> ('236 Patent, claim 11) | 5 | **appropriate:** <br><br> Not indefinite. Plain and ordinary meaning. No construction necessary <br><br> **payment processing server associated with a financial institution:** <br><br> Not indefinite. Plain and ordinary meaning. No construction necessary. | **appropriate**: <br><br> Indefinite. <br><br> **payment processing server associated with a financial institution:** <br><br> "a platform that executes a transaction between a customer, a financial | |

2

| Claim Term/Phrase | Term No. | Mobile Equity Corp.'s Proposed Construction | Walmart's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | Alternatively, software running on one or more computing devices connected to a network that is involved with processing payment. | institution associated with the customer and, a merchant" | |
| "service data point"<br><br>('236 Patent, claim 12) | 6 | [AGREED]<br><br>a computer that stores customer information | [AGREED]<br><br>a computer that stores customer information | a computer that stores customer information |
| "A method for conducting a transaction between a terminal and a customer by a payment processing server, the customer using a mobile device, the method comprising:"<br><br>('058 Patent, claim 1) | 7 | Plain and ordinary meaning. No construction necessary. Not limiting. | Limiting. | |
| "payment processing server"<br><br>('058 Patent, claim 1) | 8 | Plain and ordinary meaning. No construction necessary.<br><br>Alternatively, software running on one or more computing devices connected to a network that is involved with processing payment. | "a platform that executes a transaction between a customer, a financial institution associated with the customer, and a merchant" | |