IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE EQUITY CORP., | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00126-JRG-RSP |
| | § | |
| WALMART INC., | § | |
|    *Defendant.* | § | |

**ORDER**

Before the Court are seven motions, all related to discovery disputes:

- Motion to Compel Prosecution-Related Documents for the Asserted Patents filed by Defendant Walmart Inc. (Dkt. No. 56);
- Second Motion to Compel Discovery filed by Plaintiff Mobile Equity Corp (Dkt. No. 62);
- Third Motion to compel Discovery field by Mobile Equity (Dkt. No. 65);
- Fourth Motion to Compel Discovery filed by Mobile Equity (Dkt. No. 66);
- Motion to Reopen the Hearing on its First Motion to Compel filed by Mobile Equity (Dkt. No. 72);
- Fifth Motion to Compel Discovery filed by Mobile Equity (Dkt. No. 73); and
- Second Motion to Compel Response to Interrogatory No. 8 filed by Walmart (Dkt. No. 77).

The Court **ORDERS** all of the above motions are set for oral argument in conjunction with the Claim Construction hearing currently set on December 20, 2021 at 1:30 PM. Regarding the Motion to Reopen the Hearing on its First Motion to Compel, the Court **GRANTS** the motion and will hear additional arguments on Mobile Equity's First Motion to Compel Discovery (Dkt. No. 34). It is further **ORDERED** that Walmart is to file its response to the Fifth Motion to Compel Discovery, and that Mobile Equity file its response to the Second Motion to Compel Response to Interrogatory No. 8, by Thursday, December 16, 2021.

  **SIGNED this 10th day of December, 2021.**

                       ROY S. PAYNE
                       UNITED STATES MAGISTRATE JUDGE