# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILE EQUITY CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> WALMART, INC., <br><br> *Defendant*. | Civil Action No. 2:21-cv-00126-JRG-RSP <br><br> Jury Trial Demanded |

## JOINT REPORT ON THE PARTIES' MEET AND CONFER REGARDING MOTIONS SET FOR HEARING ON DECEMBER 20, 2021

Pursuant to the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes, the parties respectfully submit their Joint Report on the Parties Meet and Confer Regarding Motions Set for Hearing on December 20, 2021: Mobile Equity Corp.'s First Motion to Compel Discovery (Dkt. No. 34); Mobile Equity Corp.'s Motion to Reopen the Hearing on its First Motion to Compel Discovery (Dkt. 72); Mobile Equity Corp.'s Second Motion to Compel Discovery (Dkt. No. 62); Mobile Equity Corp.'s Third Motion to Compel Discovery (Dkt. No. 65); Mobile Equity Corp.'s Fourth Motion to Compel Discovery (Dkt. No. 66); Mobile Equity Corp.'s Fifth Motion to Compel Discovery (Dkt. No. 73); Walmart's Inc.'s Motion to Compel Prosecution-Related Documents for the Asserted Patents (Dkt No. 56); Walmart Inc.'s Second Motion to Compel Response to Discovery No. 8 (Dkt. 77).

The parties continue to meet and confer in an effort to narrow any differences.  Walmart believes it has mooted many of the issues raised in MEC's various motions, and anticipates a further update to the Court prior to the hearing on December 20.  MEC believes that certain issues in certain motions may be mooted when Walmart provides additional discovery.

1. Mobile Equity Corp.'s First Motion to Compel Discovery (Dkt. No. 34) and Mobile Equity Corp.'s Motion to Reopen the Hearing on its First Motion to Compel Discovery (Dkt. 72)

This motion remains pending.

2. Mobile Equity Corp.'s Second Motion to Compel Discovery (Dkt. No. 62)

This motion remains pending.

3. Mobile Equity Corp.'s Third Motion to Compel Discovery (Dkt. No. 65)

This motion remains pending.

4. Mobile Equity Corp.'s Fourth Motion to Compel Discovery (Dkt. No. 66)

This motion remains pending.

5. Mobile Equity Corp.'s Fifth Motion to Compel Discovery (Dkt. No. 73)

This motion remains pending.

6. Walmart's Inc.'s Motion to Compel Prosecution-Related Documents for the Asserted Patents (Dkt No. 56)

This motion remains pending.

7. Walmart Inc.'s Second Motion to Compel Response to Discovery No. 8 (Dkt. 77)

This motion remains pending.

Dated:  December 15, 2021

*By:* /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
THE DAVIS FIRM PC
213 N. Fredonia Street, Suite 230

Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Counsel for Plaintiff Mobile Equity Corp.

/s/Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Debby Gunter
State Bar No. 24012752
FINDLAY CRAFT, P.C.
102 N. College Ave. Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: dgunter@findlaycraft.com

Kathryn Riley Grasso
Damon Marcus Lewis
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
Email: Kathryn.Riley@us.dlapiper.com
Email: Damon.Lewis@us.dlapiper.com

Christian Chessman
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: (650) 833-2112
Fax: (650) 687-1141
Email: Christian.Chessman@us.dlapiper.com

**ATTORNEYS FOR WALMART INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this December 15, 2021, with a copy of this document via CM/ECF.

*/s/* William E. Davis, III
William E. Davis, III
