# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Mobile Equity Corp., <br><br> *Plaintiff*, <br><br> v. <br><br> Walmart Inc., <br><br> *Defendant*. | Civil Action No.: 2:21-CV-00126-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF RUDOLPH FINK IV

I, Rudolph Fink IV, state as follows in support of Plaintiff Mobile Equity Corp.'s Motion for Summary Judgment for No Failure to Mark Under 28 U.S.C. § 287:

1. I am a partner at the The Davis Firm, P.C. and counsel of record for Mobile Equity Corp. I am a member of good standing of the State Bar of Texas. I have personal knowledge of the facts set forth in this Declaration.

2. Exhibit 1 is a true and correct copy of the first two pages of Plaintiff's Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production served on July 1, 2021.

3. Exhibit 2 is a true and correct copy of the cover page and page 10 of the Expert Report of Markus Jakobsson, Ph.D served in this matter on January 28, 2022. The redactions remove a marking under the protective order that does not apply to the two pages excerpted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of March, 2022, in Dallas, Texas.

                                                                      /s/ Rudolph Fink IV
                                                                      Rudolph Fink IV