IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Mobile Equity Corp., <br><br> *Plaintiff*, <br><br> v. <br><br> Walmart Inc., <br><br> *Defendant*. | Civil Action No.: 2:21-CV-00126-JRG-RSP <br><br> JURY TRIAL DEMANDED |

# **ORDER**

Before the Court is Plaintiff Mobile Equity Corp.'s Motion for Summary Judgment For No Failure to Mark Under 28 U.S.C. § 287 ("Motion"). Having reviewed the briefing in light of the record and the applicable law, the Court hereby GRANTS Mobile Equity Corp.'s Motion.