# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE EQUITY CORP. | § | |
| | § | |
| v. | § | Case No. 2:21-CV-0126-JRG-RSP |
| | § | |
| WALMART INC. | § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**March 7, 2022**

**OPEN:** 1:31 pm                                              **ADJOURN:** 3:15 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Rudy Fink |
| ATTORNEY FOR DEFENDANTS: | Eric Findlay |
| LAW CLERK: | Nathan Fuller |
| COURT REPORTER: | Susan Zielie |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Rudy Fink announced ready. Eric Findlay announced ready.

Mr. Fink argued Plaintiff's Eighth Motion to Compel Discovery (Dkt. No. 137). Mr. Findlay responded. The Court ruled as follows: Plaintiff's Eighth Motion to Compel is denied except as to Plaintiff's request for document retention policies. The Court directed the parties to meet and confer in order to identify the specific policies Defendant is to produce. Once identified, the Court directed Defendant to produce the policies promptly.