# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE EQUITY CORP., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:21-cv-00126-JRG-RSP |
| WALMART INC., | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Claim Construction Memorandum Opinion and Order of Magistrate Judge Payne dated January 25, 2022 (Dkt. No. 128.) In response, Plaintiff Mobile Equity Corp. ("MEC") and Defendant Walmart Inc. ("Walmart") each separately filed Objections: MEC filed Objections (Dkt. No. 160), with Walmart filing a Response (Dkt. No. 193) and Walmart filed Objections (Dkt. No. 159), with MEC filing a response (Dkt. No. 187.)

After conducting a *de novo* review of the reasoning provided in the Order, the underlying claim construction briefing, and MEC's and Walmart's respective Objections and Responses, the Court agrees with the reasoning provided within the Order, and concludes that both Objections fail to show that the Order was erroneous. Consequently, the Court **OVERRULES** both MEC's and Walmart's Objections and **ADOPTS** the Order.

**So ORDERED and SIGNED this 8th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE