# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOBILE EQUITY CORP.,** § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No. 2:21-cv-126-JRG-RSP |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **WALMART INC.,** § | |
| § | |
| *Defendant.* § | |
| § | |

## OPPOSED MOTION FOR EXPEDITED BRIEFING REGARDING DEFENDANT WALMART INC.'S OPPOSED MOTION FOR RECONSIDERATION OF ORDER SETTING TRIAL ON JULY 11, 2022 (DKT. 330)

Pursuant to Local Rule CV-7(e), Defendant Walmart Inc. ("Walmart") respectfully moves the Court for expedited briefing regarding Defendant's Opposed Motion for Reconsideration of Order Setting Trial on July 11, 2022 (Dkt. 330), (Dkt. 334) ("Motion for Reconsideration") filed on April 28, 2022. In the Motion, Walmart asks the Court to reconsider its Order (Dkt. 330) setting trial for July 11, 2022 based upon a manifest error of fact and to prevent manifest injustice based on a material misrepresentation by Plaintiff Mobile Equity Corp. ("MEC"). An expedited briefing schedule is warranted due to the narrowness of this issue.

Accordingly, Walmart respectfully requests the Court grant this Motion for Expedited Briefing and order Plaintiff to file any response to Defendant Walmart Inc.'s Opposed Motion for Reconsideration of Order Setting Trial on July 11, 2022 (Dkt. 330) (Dkt. 334) on or before May 4, 2022, and any replies and/or sur-replies on May 5 and 6, respectively.  Walmart believes it is in both Parties' interests to have this issue resolved as promptly as possible.

Dated: April 28, 2022

Respectfully submitted,

By: /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Debby Gunter
State Bar No. 24012752
FINDLAY CRAFT, P.C.
102 N. College Ave. Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: dgunter@findlaycraft.com

Kathryn Riley Grasso
Christian Chessman
Henry R. Fildes
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
Email: Kathryn.Riley@us.dlapiper.com
Email: Henry.Fildes@us.dlapiper.com
Email: Christian.Chessman@us.dlapiper.com

Joel Chao-Iee Lin
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York
10020-1104
Tel: (212) 335-4558
Fax: (212) 884-8557
Email: joel.lin@dlapiper.com

Jackob Ben-Ezra
DLA Piper LLP (US)
1000 Louisiana Street
Suite 2800
Houston, Texas 77002-5005
Tel: (713) 425-8431
Fax: (713) 300-6031
Email: jackob.ben-ezra@dlapiper.com

Benjamin Yaghoubian

2

DLA PIPER LLP (US)
2000 Avenue of the Stars, Ste 400, N. Tower
Los Angeles, CA 90067-4704
Tel: (310) 595-3000
Email: benjamin.yaghoubian@us.dlapiper.com

***COUNSEL FOR DEFENDANT***
***WALMART INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 28, 2022 a true and correct copy of the above document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF CONFERENCE

This is to certify that counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and that this motion is opposed. Counsel for Defendant has reached out to counsel for Plaintiff multiple times and has received no response regarding MEC's position to the relief requested in this Motion. Out of an abundance of caution, Defendant will assume Plaintiff is opposed to this motion. If counsel for Plaintiff is unopposed, Walmart will update the Court accordingly.

*/s/ Eric H. Findlay*
Eric H. Findlay
