# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOBILE EQUITY CORP.,** § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No. 2:21-cv-126-JRG-RSP |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **WALMART INC.,** § | |
| § | |
| *Defendant.* § | |
| § | |

## ORDER GRANTING DEFENDANT WALMART INC.'S OPPOSED MOTION FOR EXPEDITED BRIEFING REGARDING DEFENDANT WALMART INC.'S OPPOSED MOTION FOR RECONSIDERATION OF ORDER SETTING TRIAL ON JULY 11, 2022 (DKT. 330)

Before the Court is Defendant Walmart Inc.'s Opposed Motion to Expedite Briefing to Defendant's Motion for Reconsideration of Order Setting Trial on July 11, 2022 (Dkt. 330) ("Motion") and the Court hereby GRANTS the Motion.

The Court accordingly ORDERS that Plaintiff's response deadline to the Motion be set for Wednesday, May 4, 2022, a reply deadline be set for Thursday, May 5, 2022, and for a sur-reply deadline of Friday, May 6, 2022.