IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE EQUITY CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Case No. 2:21-cv-00126-JRG-RSP |
| | § | |
| WALMART INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Motion for Expedited Briefing Regarding Defendant Walmart Inc.'s Opposed Motion for Reconsideration of Order Setting Trial on July 11, 2022 (Dkt. No. 330) filed by Defendant Walmart Inc. Dkt. No. 335. Plaintiff Mobile Equity Corp. filed a response saying that it is not opposed to expedited briefing. Dkt. No. 336.

In an effort to provide guidance to the parties, the Court would like to clarify the jury selection dates on the Court's calendar. The Court currently has jury selection set for: July 11, August 8, August 22, September 12, and September 26. The Court does not have a jury selection set for July 18 and will not set a special jury selection for this case. Additionally, the Court's practice is to select a jury and then conduct the trial immediately following; therefore, a party seeking to deviate from the Court's normal practice will have to provide a compelling reason.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the briefing schedule for Walmart's Motion for Reconsideration (Dkt. No. 334) is as follows: (1) Mobile Equity's response is due by May 9; (2) Walmart's reply is due by May 11; and (3) Mobile Equity's sur-reply would be due by May 13. It is further **ORDERED** that, at a minimum, the parties are to identify conflicts with the jury selection dates mentioned above and for each conflict

1

identified, the parties are to provide a brief description of the nature of the conflict.

**SIGNED this 29th day of April, 2022.**

                                                  ROY S. PAYNE
                                                  UNITED STATES MAGISTRATE JUDGE