# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE EQUITY CORP., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:20-CV-00126-JRG-RSP |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC., | § | |
| | § | |
| *Defendant*. | § | |

## DECLARATION OF KATHRYN RILEY GRASSO

I, Kathryn Riley Grasso, state as follows:

1. I am a partner and U.S. Vice-Chair of Patent Litigation at DLA Piper LLP (US). I am also lead counsel of record for Walmart Inc. in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration.

2. I am co-lead counsel in *Colibri Heart Valve LLC v. Medtronic CoreValve LLC*, 8:20-cv-00847 (C.D. Cal., filed May 4, 2020). Trial in *Colibri v. Medtronic* is set for August 29, 2022, and pretrial preparations are scheduled to occur during the week of August 22, 2022 in Santa Ana, CA.

3. I am one of only two lawyers that will try the case for Medtronic. Both myself, and my co-lead counsel, Mark Fowler, U.S. Chair of Patent Litigation for DLA Piper, will conduct all trial proceedings. No other Medtronic lawyer will speak at trial besides myself and Mr. Fowler.

4. My involvement in the case is extensive, and is not limited to one portion of the case. It includes directing and crossing both fact and expert witnesses on both technical and damages-related issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2022, in Washington, DC.

　　　　　　　　　　　　　　　　　　*/s/ Kathryn Riley Grasso*
　　　　　　　　　　　　　　　　　　Kathryn Riley Grasso
　　　　　　　　　　　　　　　　　　DLA Piper LLP (US)