# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE EQUITY CORP., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:21-cv-00126-JRG-RSP |
| WALMART INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Defendant Walmart Inc. previously filed a Motion for Summary Judgment Regarding Standing (Dkt. No. **203**). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 358), recommending denying Walmart's Motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Summary Judgment Regarding Standing is **DENIED**.

**So Ordered this**
**Sep 7, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE