IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE EQUITY CORP., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00126-JRG-RSP |
| | § | |
| WALMART INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Defendant Walmart Inc. previously filed a Motion for Summary Judgment that Certain References Qualify as Statutory Prior Art ("Motion") (Dkt. No. 205.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 380), recommending denying the Motion. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that Walmart's Motion (Dkt. No. 205) is **DENIED**.

**So ORDERED and SIGNED this 21st day of October, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE