## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE EQUITY CORP., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:21-cv-00126-JRG-RSP |
| WALMART INC., | § § § | |
| *Defendant*. | § | |

### ORDER

Defendant Walmart Inc. previously filed a Motion for Summary Judgment of Noninfringement for All Asserted Claims ("Motion") (Dkt. No. 206.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 365), recommending denial of the Motion. Walmart has now filed Objections (Dkt. No. 387.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and Walmart's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Walmart's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 206) is **DENIED**.

**So ORDERED and SIGNED this 21st day of October, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE