IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILE EQUITY CORP.<br>*Plaintiff*,<br><br>v.<br><br>WALMART INC.<br>*Defendant.* | §<br>§<br>§<br>§   CASE NO. 2:21-cv-00126-JRG-RSP<br>§<br>§<br>§ |

**AMENDED REPORT OF MEDIATION**

The above-captioned case was mediated via Zoom video conference by David Folsom on Friday, October 21st, 2022, between Plaintiff Mobile Equity Corp. and Defendant Walmart Inc. Continued discussions between the parties and the undersigned mediator resulted in a settlement

Signed this 23rd day of October, 2022.

*/s/  David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 23rd day of October, 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom